**E-Filed 6/25/2009**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JUAN JOSE RODRIGUEZ, JUAN ARIAS CARLOS RODRIGUEZ<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN PRIME FUNDING, BANK UNITED, FSB, THE CIT GROUP, NAZ DYLAN FONTILEA, JOEL VALENCIA, WILLIAM PASCUAL, GMAC MORTGAGE, SERGIO ALVAREZ, M&R CONTEMPORARY SOLUTIONS, INC., ALLIANCE TITLE COMPANY, AND DOES 1-50,<br><br>Defendants. | Case No. C 09-01127 JF (HRLx)<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Courtroom: 3 - 5th Floor<br>Judge:    Hon. Jeremy Fogel |

///

///

///

///

///

///

///

Upon consideration of the Stipulation Continuing Case Management Conference, and for good cause having been shown, IT IS HEREBY ORDERED THAT the Case Management Conference currently calendared for July ~~14~~ 17, 2009, is continued to August 21, 2009 at ~~10:00~~ 10:30 a.m., and the case management statement shall be filed on or before August 14, 2009.

Dated: __6/25/2009__              _____
                                    The Honorable Jeremy Fogel
                                    United States District Judge

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017