SHARON GLENN PRATT (SBN 121947)
ELENA RIVKIN FRANZ (SBN 247387)
PRATT & ASSOCIATES
The Pruneyard Tower I
1901 S. Bascom Avenue, Suite 350
Campbell, CA 95008
Telephone: (408) 369-0800
Facsimile: (408) 369-0752
Email: spratt@prattattorneys.com; efranz@prattattorneys.com

Attorneys for Plaintiffs
JUAN JOSE RODRIGUEZ and
JUAN ARIAS CARLOS RODRIGUEZ

**E-Filed 7/7/2009**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JUAN JOSE RODRIGUEZ, JUAN ARIAS CARLOS RODRIGUEZ<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN PRIME FUNDING, BANK UNITED, FSB., THE CIT GROUP, NAZ DYLAN FONTILEA, JOEL VALENCIA, WILLIAM PASCUAL, GMAC MORTGAGE, SERGIO ALVAREZ, M&R CONTEMPORARY SOLUTIONS, INC., ALLIANCE TITLE COMPANY, AND DOES 1-50.<br><br>Defendants. | CASE NO. C-09-01127-JF<br><br><br><br>**STIPULATION EXTENDING TIME TO FILE A RESPONSIVE PLEADING TO VERICREST'S MOTION TO DISMISS AND [PROPOSED] ORDER THEREON** |

WHEREAS, Juan Jose Rodriguez and Juan Carlos Arias Rodriguez ("Plaintiffs") were served with Defendant Vericrest Financial, Inc.'s ("Vericrest") Notice of Motion and Motion to Dismiss Plaintiffs' Complaint ("Motion to Dismiss") on May 26, 2009, and would have been obligated to file an Opposition by July 2, 2009.

-1-
STIPULATION EXTENDING TIME TO FILE A RESPONSIVE PLEADING TO VERICREST'S

1  WHEREAS, in light of settlement negotiations between Plaintiffs and Vericrest and the
2  likelihood of a settlement, Plaintiffs and Vericrest have agreed that Plaintiffs have additional time
3  to file a responsive pleading to the Motion to Dismiss, up to and including July 8, 2009.
4  IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, that
5  Plaintiffs shall have up to and including July 8, 2009 to file a responsive pleading to the Motion to
6  Dismiss.

Dated: July 2, 2009

PRATT & ASSOCIATES


By:  /s/ Elena Rivkin Franz
     Elena Rivkin Franz
Attorneys for Plaintiffs
JUAN JOSE RODRIGUEZ AND JUAN ARIAS
CARLOS RODRIGUEZ


Dated: July 2, 2009

LOCKE LORD BISSELL & LIDDELL LLP


By:  /s/ Nina Huerta
     Nina Huerta
Attorneys for Defendant
VERICREST FINANCIAL, INC., F/K/A
THE CIT GROUP/CONSUMER FINANCING,
INC., ERRONEOUSLY NAMED AS THE CIT
GROUP

STIPULATION EXTENDING TIME TO FILE A RESPONSIVE PLEADING TO VERICREST'S

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from the indicated signatories to the document.

Dated: July 2, 2009

PRATT & ASSOCIATES

By:  /s/ Elena Rivkin Franz
Elena Rivkin Franz
Attorneys for Plaintiffs
JUAN JOSE RODRIGUEZ AND
JUAN ARIAS CARLOS RODRIGUEZ

1  IT IS SO ORDERED:

2
    Date: _____7/6/2009_____     _____[signature]_____
3                                            Judge of the United States District Court

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-
STIPULATION EXTENDING TIME TO FILE A RESPONSIVE PLEADING TO VERICREST'S