LOCKE LORD BISSELL & LIDDELL LLP
Nina Huerta (SBN: 229070)
nhuerta@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone:   213-485-1500
Facsimile:   213-485-1200

Attorneys for Defendants
VERICREST FINANCIAL, INC., successor-in-interest to
THE CIT GROUP/CONSUMER FINANCING, INC.,
erroneously named as THE CIT GROUP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JUAN JOSE RODRIGUEZ, JUAN ARIAS CARLOS RODRIGUEZ<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN PRIME FUNDING, BANK UNITED, FSB., THE CIT GROUP, NAZ DYLAN FONTILEA, JOEL VALENCIA, WILLIAM PASCUAL, GMAC MORTGAGE, SERGIO ALVAREZ, M&R CONTEMPORARY SOLUTIONS, INC., ALLIANCE TITLE COMPANY, AND DOES 1-50.<br><br>Defendants. | CASE NO. 1-09-CV-01127 JF<br><br>Honorable Jeremy Fogel<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO THE CIT GROUP/CONSUMER FINANCING, INC., ERRONEOUSLY NAMED AS THE CIT GROUP, AND ITS SUCCESSOR-IN-INTEREST, VERICREST FINANCIAL, INC.** |

Upon consideration of the Stipulation for Dismissal with Prejudice between Plaintiffs Juan Jose Rodriguez and Juan Carlos Arias Rodriguez (collectively, "Plaintiffs") and defendant Vericrest Financial, Inc., successor-in-interest to The CIT/Group Consumers Financing, Inc., erroneously named as The Cit Group, and for good cause having been shown, IT IS HEREBY ORDERED that

///

///

the Complaint shall be dismissed with prejudice, with each party to bear its own costs and attorney fees, as to The CIT Group/Consumer Financing, Inc., erroneously named as The CIT Group, and its successor-in-interest Vericrest Financial, Inc.

DATED: 7/16/09

_____
The Honorable Jeremy Fogel
United States District Judge

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071