1  SHARON GLENN PRATT (SBN 121947)
   ELENA RIVKIN FRANZ (SBN 247387)
2  PRATT & ASSOCIATES
   The Pruneyard Tower I
3  1901 S. Bascom Avenue, Suite 350
   Campbell, CA  95008
4  Telephone:  (408) 369-0800
   Facsimile:  (408) 369-0752
5  Email: spratt@prattattorneys.com; efranz@prattattorneys.com

6

7  Attorneys for Plaintiffs
   JUAN JOSE RODRIGUEZ and
8  JUAN ARIAS CARLOS RODRIGUEZ

9

10            **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA**

                  **SAN JOSE DIVISION**
12

13 JUAN JOSE RODRIGUEZ,                    CASE NO. C-09-01127-JF
   JUAN ARIAS CARLOS RODRIGUEZ
14                                         **STIPULATION TO DISMISS GMAC**
                                           **MORTGAGE, LLC WITH PREJUDICE**
15            Plaintiffs,                  **AND DISMISSAL OF COMPLAINT**
                                           **WITHOUT PREJUDICE; AND ORDER**
16       vs.                               **THEREON**

17
   AMERICAN PRIME FUNDING, BANK
18 UNITED, FSB., THE CIT GROUP, NAZ
   DYLAN FONTILEA, JOEL VALENCIA,
19 WILLIAM PASCUAL, GMAC
   MORTGAGE, SERGIO ALVAREZ, M&R
20 CONTEMPORARY SOLUTIONS, INC.,
   ALLIANCE TITLE COMPANY,  AND
21 DOES 1-50.

22
              Defendants.
23

24        Pursuant to FRCP 41(a)(1), IT IS HEREBY STIPULATED by and between the parties to

25 this action, and through their designated counsel, that Plaintiffs JUAN JOSE RODRIGUEZ AND

26 JUAN ARIAS CARLOS RODRIGUEZ's Complaint filed herein on March 13, 2009 is dismissed

27 without prejudice, except as to Defendant GMAC MORTGAGE, LLC who is dismissed with

28 prejudice.  Each party shall bear its own attorney's fees and costs.

Pratt & Associates
THE PRUNEYARD TOWER I
1901 S. BASCOM AVENUE, SUITE 350
CAMPBELL, CA  95008
TELEPHONE (408) 369-0800
FACSIMILE (408) 369-0752

1

IT IS SO STIPULATED.

2

3   Dated:  July 22, 2009

PRATT & ASSOCIATES

4

5   By:    /s/ Elena Rivkin Franz
                Elena Rivkin Franz

6   Attorneys for Plaintiffs
    JUAN JOSE RODRIGUEZ AND JUAN ARIAS

7   CARLOS RODRIGUEZ

8   Dated:  July 22, 2009

9   PALMER, LOMBARDI & DONAHUE LLP

10

11   By:    /s/ Roland P. Reynolds
                 Roland P. Reynolds

12   Attorneys for Defendant
     GMAC MORTGAGE, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Pratt & Associates**

THE PRUNEYARD TOWER I
1901 S. BASCOM AVENUE, SUITE 350
CAMPBELL, CA 95008
TELEPHONE (408) 369-0800
FACSIMILE (408) 369-0752

STIPULATION TO DISMISS GMAC MORTGAGE, LLC WITH PREJUDICE AND
DISMISSAL OF COMPLAINT WITHOUT PREJUDICE; AND ORDER THEREON

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B., the filing attorney attests that she has obtained concurrence regarding the filing of this document from the indicated signatories to the document.

Dated:  July 22, 2009

PRATT & ASSOCIATES

By:   /s/ Elena Rivkin Franz
          Elena Rivkin Franz
Attorneys for Plaintiffs
JUAN JOSE RODRIGUEZ AND
JUAN ARIAS CARLOS RODRIGUEZ

**Pratt & Associates**

THE PRUNEYARD TOWER I
1901 S. BASCOM AVENUE, SUITE 350
CAMPBELL, CA 95008
TELEPHONE (408) 369-0800
FACSIMILE (408) 369-0752

-3
STIPULATION TO DISMISS GMAC MORTGAGE, LLC WITH PREJUDICE AND
DISMISSAL OF COMPLAINT WITHOUT PREJUDICE; AND ORDER THEREON

**ORDER**

     IT IS HEREBY ORDERED that the Complaint herein is dismissed without prejudice, except as to Defendant GMAC Mortgage, LLC who is hereby dismissed with prejudice.  Each party shall bear its own attorney's fees and costs.

DATED:_____7/23/09_____

_____
The Honorable Jeremy Fogel
United States District Court Judge

Pratt & Associates

THE PRUNEYARD TOWER I
1901 S. BASCOM AVENUE, SUITE 350
CAMPBELL, CA 95008
TELEPHONE (408) 369-0800
FACSIMILE (408) 369-0752

STIPULATION TO DISMISS GMAC MORTGAGE, LLC WITH PREJUDICE AND
DISMISSAL OF COMPLAINT WITHOUT PREJUDICE; AND ORDER THEREON